IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and ASTRAZENECA AB,<br><br>                 Plaintiffs,<br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>                 Defendant. | Case No. 1:17-cv-13075-RMB-KMW |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

**THIS MATTER** having been opened by Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and AstraZeneca AB (collectively "Plaintiffs"), seeking an order to dismiss their Complaint without prejudice in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; Defendant Fresenius Kabi USA, LLC ("Defendant") having neither filed an answer nor a motion for summary judgment; the Court having been informed that the parties have reached a negotiated resolution of this action; and for good cause shown,

**IT IS** on this 2nd day of February, 2018,

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs' Complaint in the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE**.

                                                    _____
                                                    **HON. RENÉE MARIE BUMB**
                                                    **United States District Judge**